**Order entered March 5, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00068-CV

**STEVEN SPIRITAS, INDIVIDUALLY AND AS
TRUSTEE OF THE SPIRITAS SF 1999 TRUST, ET AL., Appellants**

**V.**

**SUSAN DAVIDOFF, INDIVIDUALLY AND AS
TRUSTEE OF THE SPIRITAS SC 1999 TRUST, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-08326**

## ORDER

We **GRANT** appellants' February 28, 2014 unopposed motion for an extension of time to

file a brief. Appellants shall file their brief on or before **MARCH 20, 2014**.

/s/     ADA BROWN
          JUSTICE